UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim.No. 10-00035 (KSH) |
| | : | |
| v. | : | |
| | : | BAIL MODIFICATION |
| | : | CONSENT ORDER |
| JOHN J. SANTINI | : | |

This matter having come before the Court on the application of defendant John J. Santini, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set on November 4, 2009, as modified on February 4, 2010, and AUSA Donna Gallucio, and Pretrial Services Officer, Donna Wiebe (Orlando, Florida), having no objection to said modification,

IT IS on this 11th day of March, 2010,

ORDERED that the conditions requiring 24-hour electronic monitoring and house arrest are hereby removed, all other conditions of bail set in the matter to remain in full force and effect.

_____
HONORABLE KATHERINE S. HAYDEN
United States District Court Judge